UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JEANNIE M. DOVE | ) | |
| | ) | |
| v. | ) | NO.2:11-CV-351 |
| | ) | |
| CAROLYN W. COLVIN | ) | |

O R D E R

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 30, 2013. [Doc. 23]. No objections have been filed. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED,** and the motion for attorney fees filed by plaintiff's counsel under the Equal Access to Justice Act is **GRANTED.** [Doc. 19]

Accordingly, the sum of $1,775.00 in attorney fees is awarded to plaintiff's counsel, Harry Smith, Esquire, plus the sum of $17.37 for costs.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE